# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER ROBERTS, Individually and
For Others Similarly Situated,

      Plaintiff,

Vs.                                                      No. 1:23-cv-00627-WJ-SCY

SWCP, INCORPORATED,

      Defendant.

## ORDER GRANTING RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 4l(a)(l)(ii) of the Federal Rules of Civil Procedure, the Court GRANTS Plaintiff and Defendant's stipulation of dismissal of all claims brought on behalf of either party with prejudice **[Doc. 22]** as this matter has been resolved in arbitration, with each party to bear its own costs and attorney's fees.

It is so ORDERED.

                                                                                          /s/

                                                   _____
                                                   WILLIAM P. JOHNSON
                                                   SENIOR UNITED STATES DISTRICT JUDGE